# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## TERRE HAUTE DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| NANCY ANN WHITAKER | ) Bankruptcy No. 18-80558-JJG-7A |
| | ) |
| Debtor(s) | ) |
| | ) |

**TRUSTEE'S FINAL APPLICATION TO ALLOW AND PAY COMPENSATION AND EXPENSES FOR ACCOUNTANTS MARIETTA CPAs.**

Trustee Lou Ann Marocco ("Trustee") for her application to approve payment of final compensation and expenses for accountants Marietta CPAs ("Application"), states as follows:

1. On 09/06/2018, Debtor(s) filed their Voluntary Petition for Relief under Chapter 7 of the United States Code.

2. On or about 09/09/2021, Trustee filed her Application for Authority to Employ Accountant, pursuant to which Application the Trustee prayed for authority to employ Marietta CPAs to perform accounting services for this bankruptcy estate.

3. As stated in the Application, the Trustee sought authorization to hire and engage the services of Marietta CPAs for the purpose of performing accounting services for this bankruptcy estate, and authorizing the Trustee to agree to pay Marietta CPAs a fee for its performance of said accounting services, subject to approval of this Court, in the following amounts:

| | |
|---|---|
| Principal | $275.00/hour |
| Tax Manager | $200.00/hour |
| Senior Accountant | $175.00/hour |
| Staff Accountant | $150.00/hour |
| Administrator | $95.00/hour |

Attached hereto as Exhibit "A" is an itemized statement of the time and expenses of Marietta CPAs in the preparation of the 2021 Federal and State Bankruptcy Estate Tax Returns for this

bankruptcy estate.

4.     As reflected on the itemized statement, Marietta CPAs has expended 10.75 hours for a total of $1323.30 and has incurred expenses in the amount of $78.10, for a total of $1401.40.

5.     Based upon the foregoing, the Trustee prays for authority to allow and pay the administrative compensation and expense claim of Marietta CPAs in the amount of $1401.40.

WHEREFORE, Trustee prays that the Court grant authority to allow and pay the compensation and expense claim of Marietta CPAs in the amount of $1401.40, and all other relief just and proper in the premises.

Dated:  February 16, 2022

Respectfully submitted,

*/s/* Lou Ann Marocco
Lou Ann Marocco, Trustee
P.O. Box 1206
Greenwood, IN  46142
Phone:  317-631-0145
Email:  trustee@maroccolawindy.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing has been served via electronic court filing and/or U.S. First Class Mail on the following parties of record this 16th day of February, 2022.

United States Trustee, ustpregion10.in.ecf@usdoj.gov

J. Andrew Sawin, ECF@SAWINLAW.COM

*/s/* Lou Ann Marocco
Lou Ann Marocco, Trustee
P.O. Box 1206
Greenwood, IN 46142
Phone:  317-631-0145
Email:  trustee@maroccolawindy.com